476 A.2d 55

Parker v. Parker, Appellant.

Reargument Denied June 18, 1984.

Petition for Allowance of Appeal Denied Oct. 15, 1984.

Argued January 12, 1984. William Hintze, for appellant; Kent H. Patterson, for appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Order affirmed.

MONTEMURO, J., concurred in the result.